IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EARL L. RICHARDSON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1859

Opinion filed March 2, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Earl L. Richardson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      We treat the petition for belated appeal as a petition for writ of certiorari.  The

petition is denied on the merits.

WETHERELL, RAY, and OSTERHAUS, JJ., CONCUR.